IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTALS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-03573-TSC |

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS'
COMPLAINT AND FOR SUMMARY JUDGMENT**

This case involves a challenge to the Department of State's citizenship renunciation processing fee, as finalized in *Schedule of Fees for Consular Services, Department of State and Overseas Embassies and Consulates* ("2015 Final Rule"), 80 Fed. Reg. 51464-01 (Aug. 25, 2015). In their Complaint, Plaintiffs claim that the 2015 Final Rule violates the Administrative Procedure Act and customary international law and that the current processing fee and the imposition of any fee whatsoever are unconstitutional under the First, Fifth, and Eighth Amendments.

Defendants hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6) for dismissal of Plaintiffs' customary international law and Eighth Amendment claims. Defendants also move pursuant to Federal Rule of Civil Procedure 56 for summary judgment in their favor on the remaining claims—the APA claims and the First and Fifth Amendment claims. In the alternative, Defendants move for summary judgment in their favor on all of Plaintiffs' claims. The reasons

for this Motion are set forth in the accompanying Memorandum in Support of Defendants' Motion for Partial Dismissal and Summary Judgment. A proposed order is filed concurrently herewith.

Dated: April 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Laurel H. Lum*
LAUREL H. LUM
Trial Attorney (NY Bar No. 5729728)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:   (202) 305-8177
Fax:   (202) 616-8470
E-mail:   laurel.h.lum@usdoj.gov
*Counsel for Defendants*