UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.<br><br>*Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, ET AL.<br><br>*Defendants.* | Civil Action No. 20-cv-3573-TSC<br><br>**ORAL ARGUMENT<br>REQUESTED PER LCvR 78.1** |

**PLAINTIFFS' CROSS-MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Plaintiffs, L'Association des Amèricains Accidentels *et al.,* by their counsel, in accordance with Fed. R. Civ. P. 56(a), respectfully move the Court for entry of an Order granting them partial summary judgment on Counts I, II and V of the Complaint and denying Defendants' Motions for Partial Dismissal and Summary Judgment.

This case involves a challenge to the Department of State's Renunciation Fee (as defined in the Complaint, ECF 1, at ¶4). In their Complaint, Plaintiffs contend that by levying the initial $450 Renunciation Fee in the first place and then by increasing it more than 500% in 2015 to $2,350, Defendants have violated Plaintiffs' fundamental rights, under the Fifth Amendment's Due Process Clause (Count I), the First Amendment (Count II), and the Excessive Fines Clause of the Eighth Amendment (Count III). In addition to the constitutional issues, Defendants' actions also run afoul of the Administrative Procedure Act ("APA"), 5 U.S.C. §706 (Count IV) and customary international law (Count V).

Defendants move to dismiss Counts III and V under Rule 12(b)(6) of the Federal Rules of

1

Civil Procedure and for summary judgment on all Counts.

Plaintiffs oppose the government's Motion to Dismiss Counts III and V and its Motion for Summary Judgment. In addition, Plaintiffs submit this Cross-Motion for Partial Summary Judgment with respect to Counts I, II and V.

The Court is respectfully referred to the accompanying Memorandum of Points and Authorities, exhibits, and declarations for further explication of the grounds for this Motion.

**WHEREFORE**, Plaintiffs respectfully request the Court to (a) deny Defendants' Motion to Dismiss Count III and V; (b) deny Defendants' Motion for Summary Judgment as to all Counts; and (c) grant Plaintiffs' Cross-Motion for Partial Summary Judgment as to Count I, II, and V.

A proposed order is filed together with this motion.

Dated: June 17, 2021

Respectfully submitted,

*/s/ L. Marc Zell*

L. Marc Zell
ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC
1345 Ave. of the Americas
2nd Floor
New York, NY 10105
(212)-971-1349
*Email*: mzell@fandz.com

*/s/ Noam Schreiber*

Noam Schreiber, *pro hac vice*
34 Ben Yehuda St.
15th Floor
Jerusalem, Israel 9423001
011-972-2-633-6300
*Email*: schreiber.noam@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, the foregoing was filed via the Court's CM/ECF system, which serves the same on counsel for Defendants through notice of such filing.

*/s/ Noam Schreiber*

_____

Noam Schreiber, *pro hac vice*
34 Ben Yehuda St.
15th floor
Jerusalem, Israel 9423001

*Counsel for Plaintiffs*