UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.<br><br>*Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, ET AL.<br><br>*Defendants.* | Civil Action No. 20-cv-3573-TSC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Partial Dismissal and Summary Judgment [ECF 11], Plaintiffs' Opposition thereto, and Plaintiffs' Cross-Motion for Partial Summary Judgment [ECF 13], and all responses and replies thereto, and the entire record herein, it is hereby:

**ORDERED** that Defendants' Motion for Partial Dismissal (Counts III and V) is **DENIED**; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment (as to all Counts) is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Cross-Motion for Partial Summary Judgment with respect to Counts I, II and V is **GRANTED**; and it is further

**ORDERED** that Defendants file an Answer within sixty days of the entry of this Order.

So ordered on this _____ day of _____, 2021.

_____
Tanya S. Chutkan
United States District Judge