## Consular Cost of Service Model Data Set: Other Citizens' Services
### (2010-FY2014 Figures Weighted by Volumes)

|  | Renunciation of U.S. Citizenship (Item No. 8) | | | |
|---|---|---|---|---|
|  | Direct Trace | Assigned | Allocated | Total |
| Perform Activities Associated with Loss and Renunciation of U.S. Citizenship and Nationality | $0 | $1,375,231 | $0 | $1,375,231 |
| Overseas Management | $0 | $3,465 | $0 | $3,465 |
| Overseas Cashiering/Internal Controls | $0 | $97 | $0 | $97 |
| Fraud Prevention and Detection | $0 | $1,035 | $0 | $1,035 |
| Public Affairs | $0 | $266 | $0 | $266 |
| Consular Affairs Management | $0 | $4,797 | $0 | $4,797 |
| IT/Systems Support | $0 | $7,260 | $0 | $7,260 |
| Other Bureau Support |  |  |  |  |
|   Functional Bureaus | $19,591 | $161,789 | $854,190 | $1,035,571 |
|   Regional Bureaus | $0 | $0 | $52,899 | $52,899 |
|   Support Bureaus | $0 | $280,398 | $197,917 | $478,315 |
| ICASS | $0 | $1,040,730 | $0 | $1,040,730 |
| Total Costs | $19,591 | $2,875,068 | $1,105,007 | $3,999,666 |
| Volume |  |  |  | 1,703 |
| Unit Cost |  |  |  | $2,349 |
| Fee |  |  |  | $2,350 |

**Weighted by Volume:** The unit cost figure displayed for each product represents a weighted average of the annual unit costs for FYs 2010-2014. Unit costs for individual fiscal years were weighted by the projected volume for that year (e.g. the Unit Cost for FY 2012 is multiplied by the Volume for FY 2012 as a percent of the total expected volume over FYs 2010-2014). These weighted numbers by fiscal year were then added to generate a single unit cost that incorporates estimated volume trends.

**Direct Trace Costs:** Costs directly traceable to a particular service. *Examples:* Costs of the passport book material, visa foils, and the FBI fingerprint fee.

**Assigned Costs:** The method used to match a cost to an activity and then to a product/service within the model. Assignments are made via resource or activity drivers which are units that measure the consumption of the costs. *Example:* Cost of CA staff time devoted to a particular activity and then to a product/service.

**Allocated Costs:** The method used to determine the percent of costs associated with outside bureaus that are applicable to CA and included in the model. This occurs when CA costs cannot be specifically calculated or collected. Allocations are based on a proxy that attempts to measure CA's share of the total costs and occur outside the model. Only the CA allocated costs are then included in the model, not the total cost of the outside bureaus. *Example:* The costs associated with the functional, regional and support bureaus staff time devoted to a particular CA related activity.

**Perform Activities Associated with Acquisition and Retention of U.S. Citizenship and Nationality Activities:** *Assigned costs* include the cost of staff time needed to review and adjudicate applications for a Consular Report of Birth Abroad (CRBA), the Department-issued document that confirms a child born overseas meets the requirements for U.S. citizenship (i.e. that one or both of the child's parents meet the requirements to transmit U.S. nationality to their child). This line item also includes the cost of producing the CRBA document.

**Provide Assistance with U.S. Citizenship:** *Assigned costs* include the cost of staff time needed to review applications to renounce U.S. citizenship, including verifying the individual's identify, verifying that the individual has completed a potentially expatriating act, confirming that the individual is voluntarily renouncing their nationality, and preparing the renunciation package for headquarters review.

**Overseas Management:** *Assigned costs* include the cost of overseas staff time needed to oversee consular staff, facilities, and budgets. As an example, the Bureau of Consular Affairs employs over 7,200 staff around the world, including more than 3,000 locally employed staff who work at embassies and consulates overseas. This line item includes the cost of the time spent by overseas supervisors in managing, mentoring, and evaluating those staff.

**Overseas Cashiering/Internal Controls:** *Assigned costs* include the cost of staff time required to collect fees, to oversee cashiering, to perform required reconciliation of fee collection against services provided, and to perform internal controls ensuring accountable items (such as blank passport books) are properly stored, used and destroyed.

**Fraud Prevention and Detection:** *Assigned costs* include the costs of domestic and overseas staff time dedicated to: training consular staff on general fraud prevention and detection, including how to detect and verify foreign government documents (such as foreign birth certificates); conducting inquiries and investigations of suspected fraud; developing, testing and implementing new fraud detection tools and techniques at headquarters; training foreign immigration officials about U.S. documents to prevent the use of forged or altered documents; and performing audits to ensure internal controls and reconciliation of controlled supplies have been performed.

**Public Affairs:** *Assigned costs* include the cost of staff time needed to do outreach to the public, including on websites, about nationality services (including registering the birth of children abroad), and application procedures.

**Consular Affairs Management:** *Assigned costs* include the cost of domestic Consular Affairs Executive Directorate (EX) and Comptroller (C) staff time dedicated to issues including staff, facilities, and budgets for overseas consular sections. Annually, EX conducts an analysis of staffing needs and workload at overseas consular sections, identifying posts that have excess positions or require additional positions and reducing or increasing staff as required. EX and C together perform several functions including: assign officers to consular positions; evaluate requests for consular fee funding and allot the approved funding; ship controlled items to overseas posts; and oversee human resources services for consular agents.

**Systems Support:** *Assigned costs* include the cost of Government employee and contractor time needed to develop and maintain the hardware and software used by consular staff to adjudicate these cases and produce related products. This includes the systems that allow Foreign Service Officers to conduct name checks for applicants. This line item also includes the cost of training staff to use these systems and providing help desk assistance.

**Other Bureau Support (Functional, Regional and Support Bureaus)**
<u>Functional Bureaus</u>: Diplomatic Security, Resource Management, Information Resource Management, Foreign Service Institute (FSI), Human Resources and Administration. *Direct trace* costs include the rents the Bureau of Administration pays on CA's behalf at domestic consular centers *Assigned costs* include consular fee revenues allotted to specific activities, such as consular training performed by FSI. *Allocated costs* include a share of all other costs of these bureaus representing the staff time those bureaus spend supporting consular activities.

<u>Regional Bureaus</u>: African Affairs, East Asian and Pacific Affairs, European and Eurasian Affairs, Near Eastern Affairs, South and Central Asian Affairs and Western Hemisphere Affairs. *Allocated costs* include a share of all other costs of these bureaus representing the staff time those bureaus spend supporting consular activities.

<u>Support Bureaus</u>: Overseas Building Operations, Legislative Affairs, Public Affairs, the Office of the Legal Adviser, the Office of Medical Services, the Office of the Undersecretary for Management and the Office of the Coordinator for Counterterrorism. *Assigned costs* include CA's contributions to FSO residential lease costs. *Allocated costs* include a share of the costs of these bureaus representing the staff time those bureaus spend supporting consular activities.

**International Cooperative Administrative Support Services (ICASS):** *Assigned costs* include a portion of the Department of State's overall ICASS costs directly attributable to Consular Affairs. The ICASS system is the means by which the Department distributes the costs of shared administrative support at embassies and consulates overseas throughout the Department and to other agencies.

**Sources of Data:**
- The Department last changed nonimmigrant and immigrant visa fees in an interim final rule dated March 29, 2012. See Department of State Schedule of Fees for Consular Services, Department of State and Overseas Embassies and Consulates, 22 C.F.R. Part 22 [77 F.R. 18907 (Public Notice 7835)]. Annually, CA gathers data on compensation rates and staff counts to identify total compensation costs. On average, CA also surveys CA personnel overseas every two years to determine how much of that time and/or cost should be assigned to particular activities. To estimate how much time consular staff overseas spend on consular activities, the Department asked consular officers at 236 overseas posts to complete a 170-question survey. This survey asked Consular Affairs personnel to break out the time they spend on each consular activity they perform during a typical month – visa interviews, visa adjudication, passport adjudication, performing welfare and whereabouts visits, responding to judicial

assistance requests from American citizens abroad, notarizing documents for American citizens abroad, issuing consular reports of birth abroad, and so forth. The responses to the survey were then used to develop resource drivers that assign labor costs to activities. To give one example, in the survey responses, locally employed staff (LES) in Mumbai, India, indicated that as a whole they spent 10,158 hours on consular activities in a typical month, of which 1,920 hours (18.9% of their time) were spent on performing nonimmigrant visa application intake. Total annual compensation for Mumbai LES was $606,073. Based on the percentage calculated above, 18.9% of their compensation, or $114,548, was calculated as the cost of this one activity for this one post for this one labor category. CA is planning on conducting another overseas time survey in 2014.

- Other data gathered for CA included non-labor costs like supplies, travel, and printing from State's Global Financial Management System (GFMS) and actual visa volumes by year by visa type.

- For other bureaus, the Cost of Service Model (CoSM) team consulted with the involved bureaus to determine what lines of their Congressional Budget Justifications covering the year in question involved support for consular work, and then allocated these costs using various calculations. For instance, the Human Resources bureau costs were included in the CoSM and allocated based on the percentage of CA personnel as a share of all State personnel worldwide, Information Resource Management costs were allocated based on the percentage of CA "desks" overseas as a share of all State "desks," and Resource Management costs were allocated based on the percentage of CA budgets as a share of all State budgets.