SELECTIVE LIST OF RENUNCIATION FEES AROUND THE WORLD

| | |
|---|---|
| France | Free |
| Luxemburg | Free |
| Germany | Free |
| United Kingdom | 372 £ |
| Ireland | Free |
| Italy | 250€ |
| Austria | 25€ |
| Sweden | Free |
| Netherlands | $32 |
| Australia | 205 AUD ≈ $159.408 |
| Mexico | Free |
| Israel | NIS 345 ≈ $105 |
| India | $25 |
| China | HK575$ ≈ 74$ USD |
| Russia | $65 |
| United States | $2,350 |