UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.<br><br>*Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, ET AL.<br><br>*Defendants* | Civil Action No. 20-cv-3573 |

### PLAINTIFFS' NOTICE OF FILING ADMINISTRATIVE RECORD

Plaintiffs file the attached administrative record related to the above-named action in accordance with Local Rule 7(n)(2). Each page of the record is labeled sequentially, from AR00000001 through AR00000517.

For ease of reference, Plaintiffs include the following table of contents. After conferring, counsel for parties have included only those pages of the record that they referenced or relied upon in their briefing.

| AR # | Description |
|---|---|
| 00000001-00000003 | Federal Register /Vol. 80, No. 164/Tuesday, August 25, 2015/Rules and Regulations |
| 00000004-00000012 | Federal Register /Vol. 79, No. 170/Wednesday, September 3, 2014/Rules and Regulations |
| 00000013-00000014 | Federal Register / Vol. 77, No. 22 / Thursday, February 2, 2012 /Rules and Regulations |
| 00000015-00000028 | Federal Register I Vol. 75, No. 123 / Monday, June 28, 2010 / Rules and Regulations |

| | |
|---|---|
| 00000029-00000034 | Federal Register /Vol. 75, No. 56/Wednesday, March 24, 2010/Proposed Rules |
| 00000035-00000038 | Action Memo for Under Secretary Kennedy with cover sheet and signed final rule, Aug. 10, 2015 |
| 00000049-00000065 | Action Memo for Senior Advisor Donahue with tabs, Aug. 7, 2015 |
| 00000066-00000079 | Action Memo for Under Secretary Kennedy with cover sheet and draft final rule, June 10, 2015 |
| 00000080-00000087 | Action Memo for Under Secretary Kennedy with signed correction notice for the IFR, Aug. 27, 2014 |
| 00000088-00000093 | Action Memo for Acting Assistant Secretary Donahue with tabs, Aug. 27, 2014 |
| 00000094-00000116 | Action Memo for Under Secretary Kennedy with cover sheet and signed IFR, Aug. 14, 2014 |
| 00000117-00000174 | Action Memo for Acting Assistant Secretary Bond with tabs, Aug. 11, 2014 |
| 00000175-00000189 | Cost of Service Model - 2012 Annual Update Report |
| 00000190-00000192 | Consular Cost of Service Model Data Set: Other Citizens' Services: (2010-FY2014 Figures Weighted by Volumes) |
| 00000198-00000256 | Results of 2012 Cost of Service Model Update, July 11, 2013 |
| 00000262 | OCS Unit Cost Trend |
| 00000263-00000265 | Line Item Cost Resource Driver |
| 00000266-00000330 | Overseas Time Survey Analysis Report, Aug. 3, 2012 |
| 00000331 | OTS data dictionary |

| | |
|---|---|
| 00000332-00000361 | Time survey chart |
| 00000362 | OCS Activity Dictionary |
| 00000434-00000443 | Circular No. A-25 Revised |
| 00000444-00000517 | Public comments to regulations |

<u>Date</u>: September 1, 2021

Respectfully submitted,

                                                                                                                    */s/ Noam Schreiber*

                                                                   Noam Schreiber, *pro hac vice*
                                                                   34 Ben Yehuda St.
                                                                   15th floor
                                                                   Jerusalem, Israel 9423001
                                                                   *Counsel for Plaintiffs*