UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.<br><br>*Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, ET AL.<br><br>*Defendants* | Civil Action No. 20-cv-3573-TSC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, by their attorneys, submit this Notice of Supplemental Authority to bring to the Court's attention the June 24, 2022, decision by the United States Supreme Court in *Dobbs v. Jackson Women's Health Organization*, --- S.Ct. ---, 2022 WL 2276808 (U.S. June 24, 2022).

In *Dobbs*, the Supreme Court ruled that only those rights that are "deeply rooted in this Nation's history and tradition" and "implicit in the concept of ordered liberty" can be deemed fundamental for purposes of the Due Process Clause of the Fourteenth Amendment. *Id.*, at *7. In so ruling, the Supreme Court concluded that the right to obtain an abortion is neither deeply rooted in American history and tradition or implicit in the concept of ordered liberty.

The current lawsuit challenges the so-called "renunciation fee." According to Plaintiffs, the right to renounce U.S. citizenship is a fundamental right, afforded the

1

protections of the Due Process Clause of the Fifth Amendment. Plaintiffs contend that the right to renounce is deeply rooted in U.S. history and tradition and implicit in the concept of ordered liberty. *See* Plaintiffs' *Memorandum of Points and Authorities In Opposition To Defendants' Motion For Partial Dismissal And Summary Judgment And In Support Of Plaintiffs' Cross-Motion For Partial Summary Judgment* [ECF 14], at 3-22.

Plaintiffs' legal analysis comports with and is consistent with the Supreme Court's analysis in *Dobbs*.

Date: June 27, 2022

Respectfully submitted,

| /s/ L. Marc Zell | /s/ Noam Schreiber |
|---|---|
| L. Marc Zell | Noam Schreiber, *pro hac vice* |
| ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC | ZELL, ARON & CO. |
| 1345 Ave. of the Americas | 34 Ben Yehuda St. |
| 2nd Floor | 15th Floor |
| New York, NY 10105 | Jerusalem, Israel 9423001 |
| (212)-971-1349 | 011-972-2-633-6300 |
| Email: mzell@fandz.com | Email: schreiber.noam@gmail.com |

*Counsel for Plaintiffs*

2