IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTALS, *et al.*,<br><br>   Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>   Defendants. | Case No. 1:20-cv-03573-TSC |

### DEFENDANTS' NOTICE OF INTENT TO PURSUE RULEMAKING TO REDUCE FEE AMOUNT

In advance of the hearing in this matter scheduled for January 9, 2023, Defendants, by and through undersigned counsel, wish to alert the Court of the Department of State's intent to pursue rulemaking to reduce the fee for processing a request for a Certificate of Loss of Nationality of the United States (CLN) under Immigration and Nationality Act (INA) Section 349(a)(5) (taking the oath of renunciation before a U.S. diplomatic or consular officer abroad) at issue in this litigation from the current amount of $2,350 to the prior amount of $450. The attached declaration of Assistant Secretary for Consular Affairs, Rena Bitter, conveys the Department of State's intent to pursue such rulemaking. *See* Exhibit A. The parties have conferred on this development. In light of this intended rulemaking, Defendants proposed staying the scheduled hearing and deferring further proceedings addressing Plaintiffs' procedural and substantive challenge to the current rule. Plaintiffs opposed that proposal and have advised that they wish to proceed with the scheduled hearing. Defendants defer to the Court on whether to proceed and are prepared to present their position at the scheduled hearing.

Dated:  January 6, 2023                                         Respectfully submitted,

                                                                                BRIAN M. BOYNTON

Principal Deputy Assistant Attorney
  General

ANTHONY J. COPPOLINO
Deputy Branch Director, Federal Programs
  Branch

/s/  Laurel H. Lum
LAUREL H. LUM
Trial Attorney (NY Bar No. 5729728)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-8177
Email: laurel.h.lum@usdoj.gov

*Counsel for Defendants*