# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTALS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.1:20-cv-03573-TSC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF RENA BITTER

I, Rena Bitter, in support of the Department's motion in the above-captioned case, declare and state as follows:

1. I am the Assistant Secretary for Consular Affairs. Under the direction of the Secretary of State, the Bureau of Consular Affairs formulates and implements policy relating to international travel and consular services, initiates consular policy changes, and provides guidance and recommendations on related foreign policy issues to Department principals and U.S. embassies and consulates. The Bureau of Consular Affairs has responsibilities related to the welfare and activities of U.S. citizens abroad, the issuance of passports and other documentation to citizens and nationals, and the protection of U.S. border security and the facilitation of legitimate travel to the United States. Responsibility for these functions is vested within the Department of State (Department) in the Assistant Secretary for Consular Affairs and for their implementation abroad in consular officers assigned to U.S. embassies and consulates.

2. I have been employed by the Department since 1994, when I joined the Foreign Service, and I have served as the Assistant Secretary for Consular Affairs since 2021. I submit this declaration to specify the Department's current intentions with respect to the consular fee charged for processing requests for a Certificate of Loss of Nationality of the United States (CLN) under Immigration and Nationality Act (INA) section 349(a)(5).

3. Under 31 U.S.C. 9701, 22 U.S.C. § 4219, and Executive Order 10718, the Department has the authority to establish fees to be charged for official services provided by U.S. embassies and consulates. The Department intends to pursue rulemaking to reduce the fee for processing CLN requests from the current amount of $2350 to the previous fee of $450, as set in 75 FR 36522 on June 28, 2010. The Department will consider any necessary changes to this fee, as appropriate, in a future rulemaking.

4. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of January, 2023.

Rena Bitter