UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.<br><br>*Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, ET AL.<br><br>*Defendants.* | Civil Action No. 20-cv-3573-TSC |

**PLAINTIFFS' RESPONSE TO THE GOVERNMENT'S NOTICE**

Plaintiffs, L'Association des Américains Accidentels *et al.*, by their undersigned counsel, wish to briefly respond to the government's January 6, 2023, Notice of Intent to Pursue Rulemaking to Reduce Fee Amount [ECF 24].

Although the government's intention to lower the renunciation fee from the current $2,350 to $450 is a positive development in this litigation, there is still a need for oral argument. The fee currently remains set at $2,350 and, even if reduced as proposed, will remain $450 (an amount also challenged by Plaintiffs). Accordingly, the issues of this case remain, even assuming the government goes through its intended rulemaking.

Moreover, the government's notice is ambiguous and does not include sufficient information that would allow for an informed decision concerning the future of this litigation. Oral argument would allow counsel for Plaintiffs (and

the Court) to understand better the new position of the government and how that position relates to the future conduct of this case.

<u>Dated</u>: January 7, 2023.

Respectfully submitted,

| */s/ L. Marc Zell* | */s/ Noam Schreiber* |
|---|---|
| L. Marc Zell | Noam Schreiber, *pro hac vice* |
| ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC | 34 Ben Yehuda St. |
| 1345 Ave. of the Americas | 15th floor |
| 2nd floor | Jerusalem, Israel 9423001 |
| New York, NY 10105 | Email: noam.schreiber@fandz.com |
| Email: mzell@fandz.com | |

*Counsel for Plaintiffs*

2