UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMERICAINS ACCIDENTELS, *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *ET AL*,<br><br>Defendants. | Civil Action No. 20-cv-03573 (TSC) |

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 26, Defendants' Motion to Dismiss and for Summary Judgment, ECF No. 11, is hereby GRANTED. Plaintiffs' Cross-motion for Partial Summary Judgment, ECF No. 13, is hereby DENIED. This action is dismissed with prejudice.

THIS IS A FINAL APPEALABLE ORDER.

Date:  February 10, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge